UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| SARAH BALLARD and <br> C. AARON BALLARD, | ) <br> ) <br> ) | |
| Plaintiffs, | ) <br> ) | |
| | ) | 1:09-CV-218 |
| v. | ) | *Collier / Lee* |
| | ) | |
| TEVA NEUROSCIENCE, INC., *et al.*, | ) <br> ) | |
| Defendants. | ) | |

# **ORDER**

Before the Court is a motion by Plaintiffs to compel the production of documents [Doc. 21] and another motion by Plaintiffs to strike the motion to compel [Doc. 24]. In their motion to strike, Plaintiffs represent the parties have conferred and have agreed to attempt to resolve their dispute without further involvement of the Court. The Court **GRANTS** motion to strike [Doc. 24] and **STRIKES** the motion to compel [Doc. 21].

SO ORDERED.

ENTER:

                                                            s/*Susan K. Lee*
                                                            SUSAN K. LEE
                                                            UNITED STATES MAGISTRATE JUDGE