UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| SARAH and C. AARON BALLARD, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | 1:09-CV-218 |
| v. ) | *Collier / Lee* |
| ) | |
| TEVA NEUROSCIENCE, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Before the Court is the motion of Defendant Teva Pharmaceuticals USA, Inc. ("Teva") to allow Attorney DeWitt M. Shy, Jr., to withdraw from representing Teva in this matter [Doc. 58]. Teva continues to be represented by other members of Attorney Shy's firm, and Teva represents that the other parties do not object to the withdrawal. Accordingly, Teva's motion [Doc. 58] is **GRANTED**. The Clerk is **DIRECTED** to remove Attorney Shy's name as counsel of record in this case.

SO ORDERED.

ENTER:

                                                        s/ *Susan K. Lee*
                                                        SUSAN K. LEE
                                                        UNITED STATES MAGISTRATE JUDGE