UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| SARAH BALLARD, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | 1:09-CV-218 |
| v. | ) | *Collier / Lee* |
| | ) | |
| TEVA NEUROSCIENCE, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Before the Court are the motions of Defendant Morton Grove Pharmaceutical ("Defendant") to compel Plaintiffs to respond to certain discovery requests [Doc. 64] and to withdraw the motion to compel [Doc. 67]. Defendant states that Plaintiffs have now answered the discovery requests that were the basis of the motion to compel. Accordingly, Defendant's motion to withdraw is **GRANTED**, and the motion to compel is **STRICKEN**. The hearing scheduled for May 9, 2011, is **CANCELLED**.

SO ORDERED.

ENTER:

s/ *Susan K. Lee*
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE